JUDGE DANIELS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :    INDICTMENT

       - v. -                  :    07 CRIM. 585

BRIAN BROCK,                      :

               Defendant.     :

- - - - - - - - - - - - - - - - - - - x

## COUNT ONE

The Grand Jury charges:

On or about June 15, 2007, in the Southern District of New York, BRIAN BROCK, the defendant, unlawfully, willfully, and knowingly did escape from the custody of the Attorney General and his authorized representative, and from an institution and facility in which he was confined by direction of the Attorney General, and from custody under and by virtue of process issued under the laws of the United States by a court and judge, and such custody and confinement was by virtue of a conviction of an offense, to wit, BROCK was confined at the Bronx Residential Reentry Center pursuant to a judgment of conviction entered by the Honorable Robert W. Sweet, United States District Judge for the Southern District of New York, on or about June 16, 2005, for the crime of conspiracy to distribute and possess with intent to distribute heroin, and BROCK escaped from such custody and confinement.

(Title 18, United States Code, Sections 751 and 4082(a).)

_signature_
FOREPERSON

_signature_
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v -

BRIAN BROCK,

Defendant.

---

INDICTMENT

07 Cr.

(18 U.S.C. §§ 751 and 4082(a).)

---

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*[signature]*
Foreperson.

---

6/27/07
SAH

Indictment filed. A/w issued. Case assigned to Judge Daniels.

Fox, J.