*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 20 2007

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 19, 2007          **SO ORDERED**

*Via Facsimile*

The Honorable George B. Daniels
United States District Judge
Southern District of New York          HON. GEORGE B. DANIELS
500 Pearl Street, Room 630                 **SEP 19 2007**
New York, New York 10007

        Re:    United States v. Brian Brock, 07 Cr. 585 (GBD)


Dear Judge Daniels:

        Pursuant to your Honor's referral, Brian Brock, the defendant, was arraigned on
August 30, 2007 before Magistrate Judge Debra Freeman.

        Due to a scheduling conflict, the parties jointly request that the first pre-trial
conference in this matter, currently scheduled for September 20, 2007 at 10 a.m., be adjourned
until September 27, 2007 at 9:45 a.m.

        The Government also requests that the Court exclude time in the above-referenced
action until September 27, 2007, the date of the rescheduled conference. Such an exclusion is
warranted because, among other reasons, it will enable the Government to produce initial
discovery. Ms. Kelly J. Sharkey, Esq., counsel for the defendant, has consented to the exclusion
of time until September 27.

                                        Respectfully submitted,

                                        MICHAEL J. GARCIA
                                        United States Attorney

                                By:

                                        Kenneth Allen Polite, Jr.
                                        Assistant United States Attorney
                                        (212) 637-2412

cc:    Kelly J. Sharkey, Esq. (via facsimile)

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will enable the Government to produce initial discovery, and the defendant consents to such an exclusion of time. Accordingly, it is ORDERED that the time between the date of this Order and September 27, 2007 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(H) & (h)(8)(A), in the interests of justice.

Dated:      New York, New York
             September __, 2007

 

_____
JUDGE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE