U.S. Department of Justice

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 18, 2007

*Via Facsimile*

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street, Room 630
New York, New York 10007

    Re:    United States v. Brian Brock, 07 Cr. 585 (GBD)

Dear Judge Daniels:

    The defendant is currently housed at FCI Fort Dix. To allow for his return to the District, the parties jointly request that the first pre-trial conference in this matter, currently scheduled for October 18, 2007 at 9:45 a.m., be adjourned until November 1, 2007 at 9:45 a.m.

    The Government also requests that the Court exclude time in the above-referenced action until November 1, 2007, the date of the rescheduled conference. Such an exclusion is warranted to allow for the defendant's return to this District.

                                                   Respectfully submitted,

                                                   MICHAEL J. GARCIA
                                                   United States Attorney

                                By: _____
                                      Kenneth Allen Polite, Jr.
                                      Assistant United States Attorney
                                      (212) 637-2412

cc:    Kelly J. Sharkey, Esq. (via facsimile)

Honorable George B. Daniels
October 18, 2007
Page 2

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will allow for the defendant's transfer and return to the Southern District of New York. Accordingly, it is ORDERED that the time between the date of this Order and November 1, 2007 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G) & (H), in the interests of justice.

Dated:   New York, New York
         October __, 2007
              OCT 1 8 2007

                              _____
                              JUDGE GEORGE B. DANIELS
                              UNITED STATES DISTRICT JUDGE
                              HON. GEORGE B. DANIELS